IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALEBAMA
SOUTHERN DIVISION

DESTIN WILLIAM and
KIM WILLIAMS, on behalf of
themselves and all others similarly
situated,

       Plaintiffs,

vs.                         CIVIL CASE NO.: 1:19-CV-00739-KD-C

THIE CITY OF ORANGE BEACH
ALABAMA, et al.,

       Defendants.

### PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs, Destin Williams and Kim Williams, through undersigned counsel, on behalf of themselves and a Proposed Class of those similarly situated, move for leave to file their First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and this Court's Order dated December 28, 2019 (Doc. 21). Although Plaintiffs maintain that the Tax Injunction Act divests this Court of subject matter jurisdiction, Plaintiffs file this Motion in accordance with the Court's directive to seek leave of Court to file this First Amended Compliant to comply with pleading requirements of this Court in order for the Court to rule upon Plaintiffs' Motion to Remand.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs leave to file the attached First Amended Complaint and deeming this First Amended Complaint filed as of the date of such Order.

Dated this 7th day of January 2020.

*/s/ Kristopher O. Anderson*
**KRISTOPHER O. ANDERSON**
AL Bar No.: AND112
**DANIEL E. HARRELL**
AL Bar No.: HAR290
**MATTHEW M. COUCH**
AL Bar No.: COU028
Clark Partington
4725 Main Street, Suite F-222
Orange Beach, Alabama 36561
(251)-225-4122
kanderson@clarkpartington.com
dharrell@clarkpartington.com
mcouch@clarkpartington.com
*Attorney for Plaintiffs*

[The foregoing document was served by filing it with the court's electronic-filing system, hence no certificate of service is required pursuant to Fed.R.Civ. P. 5(d)(1)(B).]