## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DESTIN WILLIAMS and KIM WILLIAMS, on behalf of themselves and all others similarly situated, | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>* |
| vs. | *<br>*  CIVIL ACTION 19-00739-KD-C |
| THE CITY OF ORANGE BEACH, ALABAMA, et al., | *<br>*<br>* |
| Defendants. | * |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated November 24, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **REMANDED** to the Circuit Court of Baldwin County, Alabama, from whence it came.

**DONE** this the **22nd** day of **December 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**