IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DESTIN WILLIAMS and KIM WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>　Plaintiffs,<br><br>vs.<br><br>THE CITY OF ORANGE BEACH, ALABAMA, et al.,<br><br>　Defendants. | CIVIL ACTION 1:19-00739-KD-C |

## JUDGMENT

In accordance with the order issued on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **REMANDED** to the Circuit Court of Baldwin County, Alabama, from whence it came.

**DONE** this the **22nd** day of **December 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

1